Lister *v.* Lister.

EMMA K. LISTER, respondent,

*v.*

ROBERT P. LISTER, appellant.

[Argued December 2d, 1903.   Decided February 29th, 1904.
Filed March 1st, 1904.]

On appeal from a decree advised by Vice-Chancellor Emery, whose opinion is reported in *20 Dick. Ch. Rep. 109.*

*Mr. Samuel Kalisch* and *Mr. Frank M. McDermit,* for the appellant.

*Mr. Elvin W. Crane,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Emery filed in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, FORT, HENDRICKSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN—11.

*For reversal*—None.